# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NB BROTHER CORP., et al.,<br><br>Defendants. | Case No.: 2:18-cv-01474-ODW (MRWx)<br>*Hon. Otis D. Wright II Presiding*<br><br>**PARTIAL JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT ZULILY, LLC** |

Pursuant to Plaintiff Star Fabrics, Inc.'s Notice of Acceptance of Defendant Zulily, LLC's Rule 68 Offer of Judgment, it is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is entered against Defendant Zulily, LLC, and in favor of Plaintiff Star Fabrics, Inc., in the amount of two thousand five hundred one dollars and zero cents ($2,501.00) plus reasonable costs accrued as of the date of the Rule 68 offer, including whether attorneys' fees should be included as costs, in an amount to be determined;
2. Zulily shall be enjoined from making any further sales of the Subject Product(s)[1]; and
3. Zulily shall pay this judgment within thirty (30) days of its entry.

**IT IS SO ORDERED.**

Dated November 27, 2018          By:_____
                                  UNITED STATES DISTRICT JUDGE
                                  HONORABLE OTIS D. WRIGHT II

---

[1] Subject Product shall have the same meaning and effect as used in the Complaint.